No. 03–9402. RIDEOUT *v.* UNITED STATES, 542 U. S. 939;

No. 03–10262. JIMENEZ-VELASCO *v.* UNITED STATES; GONZALEZ *v.* UNITED STATES; HINOJOSA-AGUIRRE *v.* UNITED STATES; DEL BOSQUE *v.* UNITED STATES; LOZANO-TAMEZ *v.* UNITED STATES; QUIROZ-ESCOBEDO *v.* UNITED STATES; and CAMPOS MADRIGAL *v.* UNITED STATES, 542 U. S. 911;

No. 03–10272. NEWSOME *v.* UNITED STATES; MARTIN *v.* UNITED STATES; CHIMNEY *v.* UNITED STATES; SONGALIA FLORES *v.* UNITED STATES; VILLARREAL-MEDINA *v.* UNITED STATES; ABNEY *v.* UNITED STATES; GUERRERO *v.* UNITED STATES; AGUILAR-CORTEZ *v.* UNITED STATES; AVILA-CHAVEZ *v.* UNITED STATES; HERNANDEZ-HERNANDEZ *v.* UNITED STATES; DE LOS SANTOS *v.* UNITED STATES; MEDINA-TENIENTE *v.* UNITED STATES; and DE LUNA-VIGIL *v.* UNITED STATES, 542 U. S. 912;

No. 03–10275. EPPS *v.* UNITED STATES, 542 U. S. 912;

No. 03–10408. VAN ALSTYNE *v.* UNITED STATES, 542 U. S. 926;

No. 03–10416. CARBAJAL-MARTINEZ *v.* UNITED STATES, 542 U. S. 927;

No. 03–10417. MCDONNELL *v.* UNITED STATES, 542 U. S. 915;

No. 03–10424. PEARSON *v.* UNITED STATES, 542 U. S. 927;

No. 03–10427. SALAS *v.* UNITED STATES; and TORRES-VASQUEZ *v.* UNITED STATES, 542 U. S. 927;

No. 03–10525. CAMPBELL *v.* UNITED STATES, 542 U. S. 931; and

No. 03–10530.   VALADEZ SOTO *v.* UNITED STATES, 542 U. S. 931. Petitions for rehearing granted.   Orders denying petitions for writs of certiorari vacated.   Motions of petitioners for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker, ante,* p. 220.